David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

BRUCE EDWARD MCCONKIE
KATHLEEN MARIE MCCONKIE,
   Debtor(s)

Bankruptcy No. 09-31028
(Chapter 7)
Judge Joel T. Marker



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Mountain Medical<br>PO Box 29684<br>Phoenix, AZ 85038 | $1.64 |

A check in the amount of $1.64 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED the day of June ___, 2011

DAVID L. MILLER
Chapter 7 Trustee